UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                                   **CIVIL ACTION NO. 05-11470-RCL**

**MARION J. DUMAINE**

### NOTICE OF DEFAULT

For failure of the defendant, **Marion J. Dumaine** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 5th day of December, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
Deputy Clerk

December 5, 2005