UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   05-11470-RCL |
| | ) |
| MARION J. DUMAINE, | ) |
| | ) |
| Defendant. | ) |

### AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America (hereinafter "United States"), and the defendant, Marion J. Dumaine (hereinafter "Dumaine"), hereby agree to entry of judgment against Dumaine in the amount of $17,322.06, which includes the principal amount of $12,014.23; plus $5,307.83 accrued interest at the rate of 8.25% percent on the debt through and including March 23, 2005, with interest at the legal rate on the amount of this judgment from the date of its entry to the date of its satisfaction.

1. The United States and Dumaine agree to entry of this judgment on the following terms and conditions:

   a. Dumaine will make monthly payment in the amount of $60.00 commencing on January 15, 2005.

   b. Interest shall accrue at the post-judgment interest rate until paid in full.

   c. In no event shall the monthly payments be less than $60.00.

   d. Monthly payments may increase at any point in time if Dumaine's financial status changes.

   e. Checks shall be payable to the U.S. Department of Justice.

2. Dumaine is required to submit a personal financial statement, which is issued by the

Department of Justice, on or before the judgment anniversary date of each year. It shall be the responsibility of Dumaine to obtain a copy of the personal financial statement from the United States Attorney's Financial Litigation Unit.

3. All payments are due by the 15th day of each month. There is a grace period of five (5) days including holidays and Sunday to make monthly payments

4. A material default occurs if Dumaine fails to satisfy any of the conditions set forth in Paragraph 1 through 3.

5. A material default also occurs if Dumaine makes any false statements to the United States regarding Dumaine's financial condition.

6. IF A MATERIAL DEFAULT OCCURS, THE TERMS OF PARAGRAPH ONE (1) ARE VOID AND THE ENTIRE AMOUNT OF JUDGMENT IS DUE IMMEDIATELY. THE UNITED STATES WILL USE ALL REMEDIES TO COLLECT THE FULL AMOUNT OF THE JUDGMENT, INCLUDING THOSE PURSUANT TO THE FEDERAL DEBT COLLECTIONS PROCEDURES ACT.

8. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| Dated: December 5, 2005 | Dated: |
| UNITED STATES OF AMERICA<br>By its attorneys<br>MICHAEL J. SULLIVAN<br>United States Attorney<br>By: *(signature)*<br>CHRISTOPHER R. DONATO<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 (617) 748-3288 | *(signature)*<br>Marion J. Dumaine |

2